**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EZELMA BOOKER                                                                          PLAINTIFF

v.                                     No. 5:05CV00335 JLH

DILLARD'S DEPARTMENT STORES                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is granted in favor of Dillard's Department Stores on Ezelma Booker's claims arising under 42 U.S.C. §§ 1981 and 1982. Those claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the claims that arise under Arkansas law, as it has dismissed all claims over which it has original jurisdiction. 28 U.S.C. § 1367(c)(3). The claims that arise under Arkansas law are therefore dismissed without prejudice.

IT IS SO ORDERED this 11th day of June, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE